STATE OF NEW JERSEY v. OSCAR MEDEZ.

September 30, 1986.

Petition for certification denied.

KENNETH J. FRIEDMAN AND RUTH FRIEDMAN v. C & S
CAR SERVICE, A/K/A CURTIS & SCOTTY CAR
SERVICE, ET AL.

September 30, 1986.

Petition for certification granted.   (See 211 *N.J.Super.* 657)

FRANK GAUER v. ESSEX COUNTY DIVISION OF WELFARE.

September 30, 1986.

Petition for certification granted.   (See 211 *N.J.Super.* 706)

KEARNEY & TRECKER CORPORATION v. MASTER
ENGRAVING CO., INC.

September 30, 1986.

Petition for certification granted.   (See 211 *N.J.Super.* 376)